UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X

LOCAL 8A-28A WELFARE FUND and
401(K) RETIREMENT FUND

       Plaintiffs,                                 07 CV 4399 (SJ) (JMA)

   v.                                        DISMISSAL ORDER

ALUMITEC, Ltd.,

       Defendant.

--------------------------------------------------X

A P P E A R A N C E S

MADON MALIN, P.C.
260 Madison Avenue, 17th Floor
New York, NY 10016
BY:    Roger H. Madon
Attorney for Plaintiffs


JOHNSON, Senior District Judge:

      Review of the record in the above-referenced action demonstrates that Plaintiffs have failed to prosecute the litigation. The action is therefore dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      The Clerk of Court is directed to close this case.


SO ORDERED.

DATED:  May 13, 2009                              _____/s/_____
         Brooklyn, New York                     Sterling Johnson, Jr, U.S.D.J.